**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROCKY JAMES, )
     #94669 )
                                              )
       Plaintiff, )        2:11-cv-00310-KJD-GWF
                                              )
vs. )
                                              )        **ORDER**
BEEBEE CLARK, )
                                              )
       Defendant. )
_____/

        On March 18, 2011, plaintiff filed a notice of voluntary dismissal (docket #3).

        **IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

        **IT IS FURTHER ORDERED** that plaintiff's application to proceed *in forma pauperis* (docket #1) is **DENIED** as moot.

        **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

        DATED: March 22, 2011.

_____
UNITED STATES DISTRICT JUDGE